UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANACOSTIA WATERSHED SOCIETY, et al. ) | |
|     Plaintiffs ) | Civ. Action No. 1:00CV00183TFH |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA WATER ) | |
|   AND SEWER AUTHORITY, et al. ) | |
| ) | |
| and ) | |
| ) | |
| THE UNITED STATES ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA WATER ) | |
|     AND  SEWER AUTHORITY ) | |
| ) | |
| and ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| ) | |
|     Defendants. ) | |
| ) | |

**NOTICE OF SATISFACTION OF ATTORNEYS' FEE SETTLEMENT**

Citizen Plaintiffs and WASA have negotiated a Settlement Agreement, dated November 22, 2004, on the issue of fees and costs incurred by the Citizen Plaintiffs in connection with the claims resolved by the Consent Decree previously entered in this matter.  The settlement agreement was made without any admission of law or fact by the parties.  The settlement agreement provides for payment by WASA of an agreed upon amount in settlement of Citizen Plaintiffs' claims for fees and costs incurred through the date of the settlement agreement with respect to litigation on counts 2 and 3 of Citizen Plaintiffs' amended complaint.   It further

provides that if WASA pays the agreed upon amount by December 10, 2004, then Citizen Plaintiffs will promptly file a notice with the Court stating that the Settlement Agreement has been satisfied and that Citizen Plaintiffs waive any claim for an award of any fees and costs incurred through the date of the settlement agreement with respect to counts 2 and 3.

Citizen Plaintiffs hereby notify the Court that WASA has paid the amount agreed upon in the Settlement Agreement.  Accordingly, the Settlement Agreement has been satisfied and Citizen Plaintiffs waive any claim for an award of any fees and costs incurred through the date of the Settlement Agreement with respect to counts 2 and 3.

DATED this 9th day of December, 2004.


/s/ *David S. Baron*
David S. Baron, D.C. Bar #464222
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, D.C. 20036

Counsel for Citizen Plaintiffs