**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANACOSTIA WATERSHED SOCIETY, *et al.*** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY, *et al.*** | **Civ. No. 00-00183 (TFH)** |
| **THE UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY, *et al.*** | **Civ. No. 02-02511 (TFH)** |

## ORDER

Pursuant to the Notice of Satisfaction of Attorneys' Fee Settlement filed by the Citizen Plaintiffs on December 21, 2005 [Documents Numbered 112 and 66 in the respective cases], the Citizen Plaintiffs' Application for Costs of Litigation, Including Reasonable Attorneys' Fees [Documents Numbered 103 and 56 in the respective cases] are hereby withdrawn.

     **SO ORDERED.**

December 28, 2005

                             /s/
                         Thomas F. Hogan
                         Chief Judge